**IT IS SO ORDERED.**

Dated: 25 July, 2017 02:08 PM

JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 17-01057-JPS |
| ) | Lead BK Case: 17-10522-JPS |
| KELLY L. FANGER, ) | Chapter 13 |
| ) | |
| ) | ORDER APPROVING STIPULATION OF |
| ) | NONDISCHARGEABILITY OF DEBT RE: |
| ) | COUNTY OF RIVERSIDE'S DEPARTMENT |
| Debtor. ) | OF PUBLIC SOCIAL SERVICES |
| ) | |

Upon consideration of the Stipulation Of Nondischargeability of Debt Re: County of Riverside's Department Of Public Social Services ("Stipulation") entered into by and between Debtor Kelly A. Fanger ("Debtor"), by and though his counsel of records, on one hand, and the County of Riverside's Department of Public Social Services ("County"), on the other hand, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

1
ORDER APPROVING STIPULATION REGARDING NON-DISCHARGEABILITY OF DEBT RE:
COUNTY OF RIVERSIDE'S DEPARTMENT OF PUBLIC SOCIAL SERVICES

WHEREFORE, County and Debtor request that the Court issue an Order Granting the Stipulation.

Date: July __20_, 2017                                    Respectfully submitted,

                                        By: __/s/ Ronak N. Patel_____
                                            RONAK N. PATEL, Esq.
                                            California State Bar No. 249982
                                            Attorneys for County of Riverside
                                            Department of Public Social Services
                                            Office of County Counsel
                                            3960 Orange Street, Suite 500
                                            Riverside, CA 92501
                                            Telephone: 951-955-6300
                                            Facsimile: 951-955-6363
                                            Email: rpatel@rivco.org

IT IS, THEREFORE ORDERED THAT:

The Stipulation of Nondischargeability of Debt Re. County of Riverside's Department of Public Social Services filed on June 14, 2017 under Docket No. 5 is approved in its entirety.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
  **3960 Orange Street, Suite 500, Riverside, CA 92501**_____

A true and correct copy of the foregoing document entitled (*specify*): **ORDER APPROVING STIPULATION OF NON-DISCHARGEABILITY OF DEBT RE: COUNTY OF RIVERSIDE'S DEPARTMENT OF PUBLIC SOCIAL SERVICES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/20/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Craig H. Shopneck - ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
Melissa L. Resar on behalf of Debtor Kelly L. Fanger - mresar@ohiolegalclinic.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/20/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kelly L. Fanger - 14506 Glencliffe Road, Cleveland, OH 44111-1320
Alexander V. Sarady, Esq. – 614 W. Superior Avenue, #950, Cleveland, OH 44113 -1306 (Counsel for Debtor)

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/20/2017 | Martha R. Dominguez | /s/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |